EDWARD H. KUBO, JR. 2499
United States Attorney
District of Hawaii

ELLIOT ENOKI 1528
First Assistant U.S. Attorney

THOMAS MUEHLECK 3591
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808)541-2850
Fax No. (808)541-2958
Tom.Muehleck@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR 03-00060 HG |
| ) | |
| Plaintiff, ) | INDICTMENT |
| ) | [21 U.S.C. §§ 846 and |
| ) | 841(a)(1)] |
| vs. ) | |
| ) | |
| CLAYTON FOSTER, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

INDICTMENT

The Grand Jury charges that:

From a date unknown but from at least on or about January 2001 to on or about October 3, 2002, in the District of Hawaii, the defendant CLAYTON FOSTER did conspire together with Polotani Latu, not a defendant herein, and other persons unknown to the grand jury, to knowingly and intentionally distribute and possess with intent to distribute a quantity of methamphetamine,

its salts, isomers and salts of its isomers, in excess of 50 grams, a Scheduled II controlled substance.

In violation of Title 21 United States Code, Section 841(a)(1).

### Overt Acts

In furtherance of the conspiracy and to effect the objectives of this conspiracy, the defendant and his co-conspirator performed overt acts in the District of Hawaii and elsewhere, including but not limited to:

1. During the year 2001, the defendant obtained crystal methamphetamine on Maui from Polotani Latu which he intended to distribute;

2. During the year 2001, the defendant CLAYTON FOSTER distributed crystal methamphetamine - ice;

3. On or about October 18, 2001, the defendant CLAYTON FOSTER spoke on the telephone with Polotani Latu concerning a meeting with Polotani Latu;

4. On or about October 19, 2001, the defendant CLAYTON FOSTER spoke on the telephone with Polotani Latu concerning a meeting with Polotani Latu;

5. On or about November 16, 2001, the defendant [handwritten insertion] spoke on the telephone with Polotani Latu concerning the payment of an outstanding drug debt;

2

6. On or about October 3, 2002, defendant possessed for distribution a small quantity of methamphetamine.

All in violation of Title 21 United States Code, Section 846.

DATE: _February 5, 2003_, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
THOMAS MUEHLECK
Assistant U.S. Attorney

United States v. Clayton Foster
Cr. No. _____
INDICTMENT

3